ORIGINAL

SCAN

FILED
CLERK, U.S. DISTRICT COURT

JAN 30 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

LANARD TOYS LIMITED, a Hong
Kong corporation; LANARD TOYS,
INC.,

        Plaintiff,

    vs.

99¢ ONLY STORES, a California
corporation; PLAY ZONE, INC., a
California corporation; and
ALI ALIBULLA, an individual,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO.  06-CV-06622-R**

Honorable Manuel L. Real

[PROPOSED] ORDER TO MODIFY
TERMS OF PROTECTIVE ORDER

1

4341725.1

1      The Court hereby makes the following order, pursuant to the Stipulation

2 between Plaintiffs LANARD TOYS LIMITED and LANARD TOYS, INC., on the

3 one hand, and defendant 99¢ ONLY STORES (collectively "the Parties"):

4      The Protective Order shall be modified to eliminate the requirements, set

5 forth in Paragraph 26 of the Protective Order, that within sixty (60) days of the

6 termination of this litigation, (1) the Parties destroy any materials marked

7 "Confidential" or "Attorney's Eyes' Only" that are protected by the attorney-client

8 privilege and/or attorney work product doctrine and (2) submit a written

9 certification to the Designating Party that all such material has been destroyed.

10

11

12 Dated: _Jan. 30_ , 2008      By:_____

13                                   Honorable Manuel L. Real

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2